THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSH THOMAS, an individual,

    Plaintiff,

vs.

CITIBANK, N.A.

    Defendant.

**Case No.:  2:19-CV-01168-BHS**

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Plaintiff Josh Thomas and Defendant Citibank, NA.'s Stipulation of Dismissal with Prejudice, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Josh Thomas' First Amended Complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall each bear their own attorneys' fees and costs in this matter.

DATED this 22nd day of June, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE - 1

[NO. 2:19-CV-01168-BHS

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)

Presented by:

    *s/ Spencer Freeman*
Spencer D. Freeman, WSBA No. 25069
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402

Approved to as form:

_____
Scott Anders, WSBA No. 19732
Jordan Ramis PC
1499 SE Tech Center Pl #380
Vancouver, WA 98683

ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE - 2

[NO. 2:19-CV-01168-BHS

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98042
(253) 383-4500 - (253) 383-4501 (fax)